UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

H.H. Franchising Systems, Inc.,

    Plaintiff,

          v.                                         Case No.  1:18cv019

Frederick T. Patterson, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 12, 2018 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** The Plaintiff's Motion for Default Judgement (Doc. 8) is DENIED consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                                     *s/Michael R. Barrett*
                                                     Michael R. Barrett, Judge
                                                     United States District Court