# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

H.H. Franchising Systems, Inc.,

    Plaintiff,

          v.                                           Case No. 1:18cv019

Frederick T. Patterson, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 6, 2018 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 15) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 15) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Default Judgment (Doc. 14) is **GRANTED**. The Court orders partial judgment to be entered in favor of plaintiff H.H. Franchising Systems, Inc., against defendants Frederick T. Patterson and Nova N-Home Healthcare for damages in the amount of $113,228.63

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court