UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

H.H. FRANCHISING SYSTEMS, INC.,
    Plaintiff,

vs.

FREDERICK T. PATTERSON, et al.,
    Defendants.

Case No. 1:18-cv-19
Barrett, J.
Litkovitz, M.J.

**ORDER AND REPORT
AND RECOMMENDATION**

This matter is before the Court on plaintiff H.H. Franchising Systems, Inc.'s motion withdrawing its request for an injunction, requesting entry of final judgment against defendants Frederick T. Patterson and Nova N-Home Healthcare, Inc., and seeking termination of the case. (Doc. 22).

It is **ORDERED** that plaintiff's motion is **GRANTED** insofar as plaintiff seeks to withdraw its request for an injunction. The hearing scheduled for March 21, 2019 is **VACATED**.

It is **RECOMMENDED** that plaintiff's motion be **GRANTED** in all other respects and that (1) final judgment be entered in favor of plaintiff H.H. Franchising Systems, Inc., and against defendants Frederick T. Patterson and Nova-N-Home Healthcare, Inc., jointly and severally, for damages in the amount of $113,228.23, and (2) this case be terminated on the docket of the Court

. The Clerk is directed to serve a copy of this Order on Frederick T. Patterson and Nova-N-Home Healthcare, Inc., by regular mail and by certified mail, return receipt requested.

Date: 3/13/19

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

H.H. FRANCHISING SYSTEMS, INC.,
Plaintiff,

Case No. 1:18-cv-19
Barrett, J.
Litkovitz, M.J.

vs.

FREDERICK T. PATTERSON, et al.,
Defendants.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).