# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

H.H. Franchising Systems, Inc.,

    Plaintiff,

        v.                         Case No. 1:18cv019

Frederick T. Patterson, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 13, 2019 (Doc. 24).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 24) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 24) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion (Doc. 22) is **GRANTED** and that (1) final judgment be entered in favor of plaintiff H.H. Franchising Systems, Inc., and against defendants Frederick T. Patterson and Nova-N-Home Healthcare, Inc., jointly and severally, for damages in the amount of $113,228.23. This matter is terminated on the docket of the Court.

    **IT IS SO ORDERED.**

                                       *s/Michael R. Barrett*
                                       Michael R. Barrett, Judge
                                       United States District Court